# CARDI & EDGAR LLP

COUNSELORS AT LAW

Partners
Dawn M. Cardi
Chad L. Edgar

Associate
Joanna C. Kahan

Senior Counsel
Michelle M. Younger

Of counsel
Nina Epstein

## MEMO ENDORSED

January 8, 2025

Attn: Hon. Sidney H. Stein

Re:   USA v. Henao
      *Docket No.: 1:08-cr-00915-SHS-1*

Dear Judge Stein,

Dawn Cardi represented Alexander Henao in criminal case 1:08-CR-00915-SHS-1 beginning October 03, 2014 until the client's sentencing on June 23, 2016. Ms. Cardi began helping Mr. Henao with a Rule 35 hearing on April 18, 2017. On January 15, 2019 Ms. Cardi was appointed to help Mr. Henao with their Rule 35 hearing which happened in February 2019. The bulk of Ms. Cardi's work on the Rule 35 hearing happened between April 18, 2017 and January 14, 2019, so this message is to request her January 15, 2019 appointment be moved back to April 17, 2017.

Thank you for your consideration of this request, despite its tardiness.

Very truly yours,

*Dawn M. Cardi*

Dawn M. Cardi

**Ms. Cardi's request for her appointment nunc pro tunc to April 17, 2017, is granted.**

**Dated: New York, New York
December 24, 2025**

SO ORDERED:

*Sidney H. Stein*

Sidney H. Stein, U.S.D.J.

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com